IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEMETRIUS JOHNSON | : | CIVIL ACTION |
| Plaintiff, | : | NO. 10-4659 |
| v. | : | |
| DALE A. MEISEL, ERIK VON KIEL, , DR. WILSON, MEGAN HUGHES, and PRIMECARE MEDICAL, INC. | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 20th day of February, 2013, it is hereby ORDERED as follows:

1. The Motion for Summary Judgment of Defendants Erik Von Kiel, Dr. Wilson, Megan Hughes and PrimeCare Medical, Inc. (Dkt. No. 33) is GRANTED.

2. The Motion for Summary Judgment of Defendant Dale A. Meisel (Dkt. No. 36) is GRANTED.

3. Judgment is ENTERED in favor of Defendants Erik Von Kiel, Dr. Wilson, Megan Hughes, PrimeCare Medical, Inc., and Dale A. Meisel and against Plaintiff Demetrius Johnson.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II    J.